FILED: August 23, 2013

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 13-1074
(031151-09)
_____

MICHAEL CRAIG WORSHAM

    Petitioner - Appellant

v.

COMMISSIONER OF INTERNAL REVENUE

    Respondent - Appellee

_____

O R D E R
_____

The court denies the petition for rehearing and rehearing en banc. No judge requested a poll under Fed. R. App. P. 35 on the petition for rehearing en banc.

Entered at the direction of the panel: Chief Judge Traxler, Judge Niemeyer and Judge Motz.

For the Court

/s/ Patricia S. Connor, Clerk